UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IVYMEDIA CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>TAKE TOUR, INC., et al.<br><br>Defendants. | Civil Action No. 12-11535-NMG |

REPORT AND RECOMMENDATION ON IVYMEDIA'S MOTION FOR CONTEMPT
(Docket No. 16)

August 9, 2013

Boal, M.J.

Plaintiff IvyMedia Corporation ("IvyMedia") filed suit against defendants Take Tour, Inc., Alan Zou and John Doe alleging unfair competition, cybersquatting, false advertising, unfair and deceptive trade practices, and trademark infringement. On August 28, 2012, the District Court granted IvyMedia's motion for a temporary restraining order and preliminary injunction and entered a preliminary injunction against the Defendants. Docket No. 12. IvyMedia has moved for an order holding the Defendants in contempt for their failure to comply with the preliminary injunction.[1] Docket No. 16. For the following reasons, this Court recommends that the District Judge assigned to this case grant the motion.

---

[1] On October 3, 2012, the District Court referred IvyMedia's motion for contempt to the undersigned for a report and recommendation. Docket No. 22.

-1-

*Report and Recommendation accepted and adopted. NMGorton, USDJ 9/16/13*